AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ District of Alaska _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>__William J. Eaton___<br>_Defendant_ | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT**<br><br>Case Number: A05-0243mJ (JDR) |

Upon motion of the ___defendant___, it is ORDERED that a detention hearing is set ___12/22/05___ * at ___9:30 a.m.___
                                         _Date_                _Time_

before _____ JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE _____
                            _Name of Judicial Officer_

_____ ANCHORAGE, ALASKA _____
              _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
_Other Custodial Official_

Date: ___Dec. 20, 2005___        ___/s/ John D. Roberts___
                                  JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.