TIMOTHY M. BURGESS
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | COUNTS 1 & 2: RECEIPT OF CHILD PORNOGRAPHY   Vio. 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| vs. | |
| WILLIAM JOSEPH EATON, | COUNT 3: POSSESSION OF CHILD PORNOGRAPHY   Vio. 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |
| Defendant. | |
| | COUNT 4: CRIMINAL FORFEITURE   Vio. 18 U.S.C. § 2253(a)(3) |

### I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

## RECEIPT OF CHILD PORNOGRAPHY

Beginning at a time unknown, but at least by on or about April 24, 2004, and up to on or about November 16, 2005, in the District of Alaska, the defendant WILLIAM JOSEPH EATON,  did knowingly receive visual depictions with file names including,

- Eaton XPS\Slave on XPS\C\pics\O\pool-boys-01-033.jpg,

- Eaton XPS\Slave on XPS\C\pics\O\pool-boys-01-117.jpg,

- Eaton XPS\Slave on XPS\C\pics\O\pool-boys-01-129.jpg,

- Eaton XPS\Slave on XPS\C\pics\O\pool-boys-01-091.jpg,

that had been mailed, shipped, and transported in interstate and foreign commerce, and the producing of those visual depictions involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and those visual depictions were of such conduct.

All of which is in violation of Title 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 2

## RECEIPT OF CHILD PORNOGRAPHY

Beginning at a time unknown, but at least by on or about April 24, 2004, and up to on or about November 16, 2005, in the District of Alaska,  the defendant WILLIAM JOSEPH EATON,  did knowingly receive visual depictions with file names including,

2

- Eaton XPS\Slave on XPS\C\girl\pics\lsm-01-029.jpg,

- Eaton XPS\Slave on XPS\C\girl\pics\lsm-01-030.jpg,

- Eaton XPS\Slave on XPS\C\girl\pics\lsm-01-032.jpg,

- Eaton XPS\Slave on XPS\C\girl\pics\lsm-01-033.jpg,

that had been mailed, shipped, and transported in interstate and foreign commerce, and

the producing of those visual depictions involved the use of minors engaging in sexually

explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and those

visual depictions were of such conduct.

All of which is in violation of Title 18 U.S.C. §§ 2252(a)(2) and (b)(1).

### COUNT 3

### POSSESSION OF CHILD PORNOGRAPHY

Beginning at a time unknown, but at least by on or about July 30, 2005, and up to

on or about November 16, 2005, in the District of Alaska, and elsewhere, the defendant

WILLIAM JOSEPH EATON,  did knowingly possess one or more computer files

contained in an Antec midtower silver-cased computer labeled with  Windows XP

product key:  HC3VC-28YDG- RRBRX- 4BJJJ-DCDJG, which a partial forensic analysis

of that computer, to date,  revealed over 2,589 still-picture visual depictions, and 78

movie visual depictions, that had been mailed, shipped, and transported in interstate and

foreign commerce, and the producing of those visual depictions involved the use of

3

minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and those visual depictions were of such conduct.

All of which is in violation of Title 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

COUNT 4

CRIMINAL FORFEITURE

Upon conviction of the offense alleged in Count 3 of this Indictment, defendant WILLIAM JOSEPH EATON shall forfeit to the United States ONE ANTEC MIDTOWER SILVER-CASED COMPUTER LABELED WITH  WINDOWS XP PRODUCT KEY:  HC3VC-28YDG- RRBRX-4BJJJ-DCDJG, seized from defendant WILLIAM JOSEPH EATON'S apartment at 6029 Debarr Rd. Apt. 309, Anchorage, Alaska, constituting property, real and personal, used or intended to be used

//

//

//

//

//

4

to commit or to promote the commission of such offense, pursuant to 18 U.S.C. §

2253(a)(3).

    A TRUE BILL.

                     s/ Grand Jury Foreperson

                     GRAND JURY FOREPERSON


 s/ Audrey J. Renschen

AUDREY J. RENSCHEN

Assistant U.S. Attorney

Federal Building & U.S. Courthouse

222 West Seventh Avenue, #9, Room 253

Anchorage, Alaska  99513-7567

Phone: (907) 271-5071

Fax: (907) 271-1500

Email: audrey.renschen@usdoj.gov


 s/ Timothy Burgess

TIMOTHY M. BURGESS

United States Attorney

Federal Building & U.S. Courthouse

222 West Seventh Avenue, #9, Room 253

Anchorage, Alaska  99513-7567

Phone: (907) 271-5071

Fax: (907) 271-1500

Email: tim.burgess@usdoj.gov


DATED:  1/17/06

5