MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __WILLIAM JOSEPH EATON__   CASE NO. __3:06-CR-00007-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____AUDREY RENSCHEN_____

DEFENDANT'S ATTORNEY: _____ALLEN BEISWENGER_____

U.S.P.O.: _____KAREN BREWER_____

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 01/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:32 a.m. court convened.

_X_ Copy of Indictment given to defendant; waived reading.

_X_ Defendant advised of general rights, charges and penalties; Waived full advisement of rights.

_X_ PLEAS: NOT GUILTY to counts _1, 2, and 3 of the Indictment and defendant DENIED count 4 of the Indictment._

_X_ Defendant detained.

_X_ Pretrial motions due **February 6, 2006**; Order of Progression **SCANNED.**

_X_ Counsel advised no trial date has been set.

_X_ OTHER: _Meet and confer January 26, 2006._

At 10:37 a.m. court adjourned.

DATE: __January 20, 2006__   DEPUTY CLERK'S INITIALS: ____Ce____