ORDER ENTERED IN ERROR AND REMOVED FROM THIS DOCKET