IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:06-cr-0007 RRB |
| vs. ) | |
| ) | |
| WILLIAM J. EATON ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### NOTICE OF INTENT TO CHANGE PLEA

Comes now the Defendant, William J. Eaton, through counsel, Allan Beiswenger, and hereby gives notice of his intent to change his plea in the above-referenced case. The parties have entered into a Plea Agreement which will be filed with the Court at the hearing scheduled for 9:00 a.m. on March 20, 2006.

Dated at Anchorage, Alaska this 16th day of March, 2006.

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Petitioner

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK 99501
Alaska Bar No. 7706074

CERTIFICATE OF SERVICE
This is to certify that a correct copy of this Notice of Intent to Change Plea was served electronically upon the Office of the United States Attorney on March 16, 2006.

s/ Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25