DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-007-RRB |
|---|---|---|
| Plaintiff, | ) | **PRELIMINARY ORDER OF FORFEITURE** |
| vs. | ) | |
| WILLIAM JOSEPH EATON, | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Crim. P. 32.2(b) and based upon defendant WILLIAM JOSEPH EATON's March 20, 2006 guilty pleas to Counts 1 through 4 of the Indictment (including Criminal Forfeiture Count 4), and the Court's acceptance of the defendant's guilty pleas, and Plea Agreement in this case, the Court finds that in light of the defendant's conviction of Count 3 of the Indictment, the defendant's interest, if any, in ONE ANTEC MIDTOWER

SILVER-CASED COMPUTER LABELED WITH WINDOWS XP PRODUCT KEY: HC3VC-28YDG-RRBRX-4BJJJ-DCDJG, described in Count 3, is property, real or personal, used or intended to be used to commit or to promote the commission of such offenses under 18 U.S.C. § 2422(b), to which the defendant has pled guilty and been convicted, thereby rendering said property subject to forfeiture under 18 U.S.C. § 2253(a)(3).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The property described in Count 3 of the Indictment is condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a)(3), and defendant shall forthwith forfeit all his right, title and interest, if any, that he has in said property.

Pursuant to Fed. R. Crim. P. 32.2(b)(3), the United States Immigration and Customs Enforcement ("ICE") is authorized to seize and take possession of the aforementioned property and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said property, and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), ICE shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The notice shall be published once in each of three consecutive weeks in the Anchorage Daily News or any other appropriate newspaper of general

circulation. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture in which all interests will be addressed.

DATED this 20 day of March, 2006.

REDACTED SIGNATURE
HON. RALPH R. BEISTLINE
United States District Judge

U.S. v. William Joseph Eaton
Case No. 3:06-cr-007-RRB            3