## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA


USA   v.   EATON

DATE:   March 30, 2006      CASE NO.   3:06-CR-0007-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RESCHEDULING SENTENCING**

================================================================

        Due to a judicial scheduling conflict, the sentencing in

this matter, presently scheduled for June 1, 2006, is **rescheduled**

and will be held on **Tuesday, May 30, 2006, at 9:00 a.m.**, in

Courtroom 2 in Anchorage, Alaska.