# Bruce N. Smith. Ph.D.

Clinical Psychology
1407 W. 31st Ave. Suite 602
Anchorage, Alaska 99503
Telephone (907) 272-4741
Fax (907) 272-4730
Brucesmithphd@aol.com

## Summary of Psychological Testing

May 15, 2006

William Joseph Eaton
DOB: 6/30/1975
Dates of testing: 2/8, 2/22, 2/24, 3/17/2006
Age at testing: 30

**Referral:**
Mr. Eaton was referred by Allan Beiswenger, Attorney for a sex offender risk assessment to aid in disposition. Mr. Eaton is charged with possession of child pornography. Mr. Beiswenger requests an opinion as to whether Sgt. Eaton is inclined to engage in any of the type of acts depicted in the images he possessed, and if not, why he would choose to possess the vast numbers of images and depictions found on his computer.

**Tests Administered:**
        Clinical Interview with Joseph
        MCMI-III
        MSI-II
        MMPI-2

**Collateral Information:**
    1) Letter from Allan Beiswenger, Attorney 1/3/06
    2) Criminal Complaint 12/15/05
    3) Affidavit of Senior Special Agent Kevin Laws 12/15/05
    4) Pretrial Services Report Defendant History 12/16/05

**Summation of Collateral Information:**
Mr. Beiswenger represented that Sgt. Eaton has been in the US Air Force for approximately ten years. He has no criminal record and his military service record is characterized as exemplary. Sgt. Eaton was stationed in the Middle East in the fall of 2005. While overseas, Joseph allowed a friend to enter his

apartment to restart a router on one of his computers. The individual viewed some images reflecting child pornography and reported it to the authorities. A search warrant was obtained and Sgt. Eaton's computer was seized. A number of video and still images depicting child pornography were observed. Sgt. Eaton was recalled from the Middle East, spent a week at Elmendorf AFB on restriction, and then was arrested for possession of child pornography.

Mr. Beiswenger also represented that the prosecution suggested that several of the images were of Sgt. Eaton with a pre-pubescent boy. Sgt. Eaton denies ever engaging in any sex acts with minors or adults. He also denies sharing files or sending images to anyone else.

Special Agent Kevin Laws noted in his affidavit that a preliminary forensic examination of Sgt. Eaton's computer hard drive revealed over 1000 digital movies or movie clips. Further analysis of 300 of the movies revealed that 32 of the movies and 46 of the movie clips contained depictions of children being sexually exploited.

A Pretrial Services Report was done on December 16, 2005. Joseph is reported to have been born and raised in Homestead, Florida until the age of twenty when he joined the US Air Force. He was reported to have graduated from Miami Southridge High School in 1993 and has received two associate degrees in aviation and computer electronics while in the Air Force.

Joseph reported he has served in the Air Force since January 1995 and was working as a network engineer at the time of his arrest. He reported being stationed in Japan, Korea, and Iraq. He reported he had several computers at his residence that he used for work and personal matters. Joseph reported he does not consume alcohol and has never used any form of controlled substance. There is no criminal history reported to the FBI interstate identification index.

**Interview with Joseph:**
Joseph was interviewed at the Anchorage Jail. Joseph appeared moderately depressed during the interviews. He did not acknowledge suicidal ideation. He spoke with a rapid rate of speech. Joseph was alert oriented and cooperative with the interview process. He stated that sleep was not a problem. He reported that his appetite has not recovered from being pulled out of Iraq he has lost forty pounds. Informed consent was explained. Joseph's thought process was logical and coherent. He engaged the examiner and complied with the evaluation.

Joseph provided the following by way of explanation for the allegations against him. He stated that his use of the internet started his second year in the military in the winter of 1996. It started with searching for pictures of planes as he was flying in the back of planes at that time. Joseph went to user groups and stated he would run into pornographic pictures. He stated "my jumping off point was

2

nudist groups". Joseph stated he did not go to chat rooms other than to talk to one long term friend named Karen in Florida.

Joseph stated that his orientation was gay. He informed this examiner that he had not disclosed this to anyone prior top his incarceration on the current charges. He stated that regarding being gay, he "couldn't be in my family or in the military". His interest in male pornography started with a picture of a boy on the beach. Joseph admits that in 1997 and 1998 that he began to find sexual pictures of boys and men. Joseph was then stationed in Japan. He reported he did not take his computers with him and did not go to the news groups.

Joseph returned to Florida in 2001. He reported he took his computers out of storage and looked at what he had previously downloaded. He stated he was curious as to "what was out there now". Joseph was then stationed in Korea in 2003. He stated he was there for a year, had no computer, and did not access child pornography. When he returned to Alaska, he stated he turned on his computers and they automatically searched and downloaded male pornography including child pornography. He stated he would have a large series of images he would screen. He would sort them by boy and girl folders. He reported that he might have 100,000 images and only view 15% of them. Joseph stated that boredom and curiosity where triggers for him. He reported feeling a sense of relief at being incarcerated and not having the chore of sorting through the images.

Joseph was unequivocal in his statement that he has never stepped over the line from viewing pornography to molesting a child. He stated that he has been celibate for thirty years. He stated he has never had contact with young males. He stated that his attraction as a teen-ager was for males his own age and in his search the attraction was teen-aged and younger.

Joseph stated that he does not have any chemical dependencies. He reported he drank socially when he was with a crew that was flying. When he was back home, he states he kept to himself, did not have roommates, and did not have a social life. He stated that his computer was "my little vault". Joseph stated that in the beginning he would encrypt the images but it became normal for him to view the images and he no longer bothered to encrypt. Joseph stated he was aware that he was violating a social rule by his "internet addiction". He stated that when he was deployed overseas he knew pornography was forbidden and he therefore did not access it. Similarly, when he was restricted and the Air Force ordered him not to view pornography, he states he did not. Joseph stated that part of the reason he abstained when he was deployed is that he was always in a group.

**Brief History:**
The following is based on Joseph's self-report and is not corroborated by independent sources. It therefore reflects Joseph's perception of person, place,

3

and time. Joseph reported he was born in Palm City, Florida. Joseph's parents separated when he was three and his mother remarried when he was eight. He had one brother two years younger.

Joseph described his biological-father as a drug user and alcoholic. He stated he did not know why his parents split up but his father's substance use was a reason. His father moved to New Jersey and had visitation with Joseph. Joseph stated "he's my dad, I still love him".

Joseph described his mother as a homemaker who became a nurse when she met his step-dad. She smoked marijuana and drank alcohol. Joseph states that his mother was free and independent. She was not a disciplinarian to Joseph as his brother got most of the negative attention.

His step-father was "the best thing that ever happened to us". He did not do drugs and brought in stability to the family. He was also the disciplinarian if need be.

Joseph stated he was not physically or sexually abused as a child. He states that he may have been mentally. He reported that he never wanted attention and "kind of stayed in the shadows".

Joseph reported that in elementary school he was a nerdy kid. He reported he felt much different at school than at home. He got average grades and attended speech therapy. He stated he did not hang out with the kids in school. Junior high was attached to his elementary school. Joseph remembers he did worse grade-wise. He reported that his conduct was always good in school. He also reported he was a loner and described himself as quiet, impeccable, and if anything bored. He reported his friends were from the trailer park he lived in and there was a large class distinction with the kids that lived in nicer houses that led to a feeling of social embarrassment.

He attended his freshmen year at South Dade. He then moved to South Ridge High for tenth through twelfth grades. He reported he changed friends, changed his name to Joseph and did much better socially. Joseph reported he was still a nerd but not a loner nerd. He stated that he did not date. Joseph he became aware of his sexual orientation in junior high. He reported "girls just irritated me". He was active socially in the astronomy, computer, and math honors clubs. He did not experiment with drugs or alcohol. Joseph graduated the class of 1993.

Joseph reported that his interest in males started in junior high. He stated that this interest peaked at thirteen right after puberty. Joseph reported that he was exposed to a little heterosexual pornography at the time. He stated that was not until after he joined the military that he got into pornography. Joseph stated "it just happened to be a child porn picture that was the first I saw".

4

The summer after Joseph graduated he worked in sales at a marine store. He reported he also had a scholarship to a community college but his schooling conflicted with his working and he quit college. Joseph continued to work for a year and then joined the Air Force in August 1994. Joseph stated that he joined as he wanted to move out of his house. His mother was having more and more problems with alcohol to the point where Joseph had her arrested one day in the trailer park. His mother went through rehab and she and his step-dad moved to North Florida.

Joseph reported he had his first drink May 1995. He reported that he was typically the designated driver for his crew. He reported a period when he was stationed in the South Pacific where he drank with the flight crew but states that he was quiet, calm, and always thinking about how to get thirty-six guys out of the bar and drive the bus home.

Joseph did his basic training at Shepherd AFB in Texas. He was trained in radar technology. He stated he liked to travel and did tours in Saudi Arabia, Turkey, and Panama from 1995 to 1998. In 1998 he did a three year tour that included the South Pacific and South America. He reported he did well in his career and obtained his senior airman early. However, he reported he was also getting fatter and it became more difficult to fly. He retrained into a network engineer position in 2001. Joseph reported it was steep learning curve and more difficult than being a part of the air crew. He reported that he started to get burned out and asked to be reassigned to a position working on servors. He then asked to go to the desert and was sent to Kuwait. In 2002 Joseph reenlisted and was sent to Korea. After a year tour Joseph was stationed at Elmendorf in April 2004. He reported his job was very stressful and he was thinking about getting out of the service. He asked to go to the desert again and was sent to Qatar. Joseph was on this assignment when he was returned to face the current charges against him.

### Analysis of Test Results:
Joseph was administered the MSI-II to aid in a psychosexual assessment. He did not report a history of emotional, sexual or physical abuse. He reports he was a loner and teased and picked on a lot. He also indicated one or both of his parents had substance abuse problems. The reliability scales indicated highly reliable results. Joseph's scores on the validity scales reflect mixed findings and while he tended to be guarded, his overall test results may be interpreted.

Joseph did not report paraphilia interests or behaviors involving female apparel, bondage/discipline, sexual sadism, sexual masochism or any other paraphilias. He indicated he has always known it is wrong to either force someone to have sex or to engage a minor in sex. The results suggest he is homosexual. His markedly high elevation on the Social sexual Inadequacies scale suggests he feels excessively embarrassed about sexual matters and to fear being ridiculed and shamed for having sexual thoughts and desires. The results indicate he is

5

self-critical of his looks and views himself as physically unattractive to others. He appears to associate a need for affection and/or feelings of loneliness with his sexual impulses and desires. His sexual behavior would appear to be motivated at least to some extent by his emotional neediness. He also has a tendency to feel misunderstood and mistreated.

Joseph endorsed the MSI-II item which refers to having been addicted to pornography and he is disclosing of having been in possession of deviant pornography involving children. He is also quite disclosing about having used deviant fantasy themes involving a child to get sexually aroused.

A critical component of the sex offender profile involves an assessment of the level of cognitive distortions and use of excuses and justifications that support their deviant outlet. Joseph acknowledges responsibility and shows some contrition for his behavior. He also tends to believe he is not accountable for many of his problems.

Treatment issues include 1) having had deviant sexual interest in children which he reinforces with child pornography; 2) not knowing the dynamics involved in his use of child pornography (i.e. the excitement of the deviance); 3) and having emotional problems (emotional neediness, feelings of inadequacy in social/sexual interactions involving age appropriate females, highly negative body image).

Treatment candidacy is assessed based on the individual's degree of openness and disclosure about himself and his offense behavior, level of accountability for his actions, history of having the ability to control his behaviors and recognition of having a problem which needs treatment. Joseph's testing has the necessary acknowledgement of having committed a sexual offense. He reports he needs counseling although he does not go so far as to indicate that he needs treatment to help him understand and control his sexual behavior.

Personality testing was provided by the administration of the MMPI-2. Joseph responded to the MMPI-2 items by responding in an open and cooperative manner. The resulting clinical and content scale profiles are valid and probably a good indication of his present level of personality functioning. This cooperative performance may be viewed as a positive indication of his involvement with the evaluation.

The resulting clinical profile was within normal limits, suggesting that Joseph considers his present adjustment to be adequate. He has, however, reported some personality characteristics that may reflect a tendency to develop mood symptoms under conditions of stress.

Content analysis of the items reveals Joseph views his social relationships as problematic. He may be visibly uneasy around others, sits alone in group situations, and dislike engaging in group activities.

Interpersonally, individuals with similar profiles tend to be shy, with some social concerns and inhibitions. He is hypersensitive about what others think of him and may have concerns about his relationships with others. He appears to be inhibited in personal relationships and social situations, and may have difficulty expressing his feelings towards others.

No diagnosis is provided for clients in this elevation range.

The MCMI-III was administered to assess the long term, more enduring traits of the individual. This test complements the MMPI-2 on many scales, and reports symptoms in a format similar to the DSM-IV TR. Joseph's responses suggest he was open and cooperative in his test-taking approach.

Joseph endorsed items on the anxiety scale suggesting the presence of generalized anxiety disorder. He noted symptoms such as fatigue, insomnia, muscular tension, distracted thinking, and a general dysphoric mood. Basically shy and socially uncomfortable, he may be plagued by self-doubt. Especially hypersensitive to public humiliation or reproval, he may lack sufficient self-esteem to respond to such events by expressing anger or resentment even if he should feel these emotions.

There is also evidence of a chronic pattern of social withdrawal, dampening emotions, shyness, discomfort, and awkwardness in social situations. He maintains few relationships, and likely pursues activities alone. He is likely consistently concerned with social humiliation, which leads to time spent daydreaming or in fantasy rather than being involved with others. These behaviors are likely a reflection of schizoid and avoidant personality traits that may form a schizoid personality disorder. Also notable are dependent and narcissistic features.

Based on the elevation on the schizoid scale, Joseph likely has an organization to his personality revolving around a pervasive pattern of detachment from social relationships and a restricted range of expression of emotions in interpersonal settings, beginning by early adulthood. Joseph does appear to meet four of the seven criteria under the schizoid personality disorder; He neither desires nor enjoys close relationships, he almost always chooses solitary activities, has little interest in having sexual experiences with another person and lacks close friends or confidants.

Diagnostic impressions are as follows:
    Axis I   Paraphilia NOS
            Adjustment Disorder with Depressed Mood

         Generalized Anxiety Disorder
Axis II Schizoid and Avoidant Personality Traits, Dependent and
       Narcissistic Personality Features; Rule Out Schizoid Personality
       Disorder with Avoidant Traits, Dependent and Narcissistic Features
Axis III None
Axis IV Severe; Legal difficulties, Pending Incarceration, Career change
Axis V Current GAF 45

**Summary and Recommendations:**
William Joseph Eaton is a thirty year old Caucasian male referred for a risk assessment. He has been accused of downloading and possessing child pornography. Joseph acknowledges a lifelong pattern of viewing pornography. He began using the internet in 1997 to view adult pornography. Mr. Eaton states that he is homosexual and has known that since junior high. He denies any sexual contact. His sexual interest in males began at puberty. Mr. Eaton appears to maintain fantasies of sexual contact between adults and minors. However, there is no information to suggest he has ever crossed the line from viewing pornographic images in his own apartment to engaging a minor or adult in sexual contact. In fact, Mr. Eaton states that he has attempted to hide his sexual preference due to a fear criticism and rejection by his family and the Air Force.

Psychological testing reflects that Joseph has used pornography as his sole sexual outlet throughout his adult life. It appears to have taken on a compulsive fascination for him. While he does not drink or use drugs, his addictive focus became engaged in his seeking of pornography on the internet. Joseph acknowledges responsibility which indicates amenability to treatment. He needs to engage in treatment to address his deviant sexual interest in children which he reinforces with pornography. Joseph also needs to address his homosexual orientation and his emotional issues that make it so difficult for him to engage in an adult sexual relationship. The Meadows in Arizona is one such program designed specifically for treating individuals with sexually compulsive or addictive behavior.

Joseph did show evidence of a personality disorder. The testing reflected generalized anxiety disorder with an adjustment disorder with depressed mood. These issues typically respond well to a combination of medication and verbal psychotherapy. The larger treatment issue is Joseph's schizoid personality organization. He is likely to have a great deal of difficulty engaging in treatment and replacing his pattern of viewing internet pornography with age appropriate social/sexual outlets. The primary treatment issue, however, is Joseph's deviant sexual interest in child pornography.

Mr. Eaton has shown that he can go for extended periods of time where he does not view pornography. This aspect of his ability to comply and self-manage

appears to be a strength as relates to the management and treatment of his sexual deviant interest pattern. With treatment, Joseph appears quite capable of applying sexual reconditioning techniques to his deviant fantasies. What appears more difficult from the current testing is addressing the schizoid components of his personality which reinforce a chronic pattern of social withdrawal out of a fear of social humiliation.

The following constitute recommendations for Joseph:

1) Joseph needs to have no unsupervised contact with male minors under the age of eighteen until he has completed a treatment program such as The Meadows or has engaged a community based therapist for a sufficient period of time that they feel that his interest in pornography and especially child pornography has become manageable.

2) There is nothing in the current testing to suggest that Joseph has crossed the line from fantasy and viewing child pornography. His primary treatment issue appears to be addressing his deviant fantasies and how he reinforces them through the use of internet pornography. He does not appear to represent any harm as regarding crossing physical boundaries, given the assumption that his self-report is accurate as regards never engaging in any sexual contact with another minor or adult.

3) Treatment would be the first recommendation. If The Meadows is not possible for logistical or financial reasons, then individual counseling for Joseph is recommended with Dr. Roger Graves.

4) A condition of treatment and probation monitoring will be to ensure that Joseph does not have access to the internet for accessing pornography. It will also be important for Joseph to not have access to video or magazine pornography. His compulsive interest in pornography spans his entire adult life and is the primary treatment issue that Joseph needs to address.

Bruce N. Smith, Ph.D.
Licensed Psychologist

9