5/22-CC-Beiswenger
USA
USP

Dear Sir,

My name is Lori Brown, I am William Joseph Eaton's (Joey) cousin.

I have known him since birth and have never known him to get in any kind of trouble, not even as a teenager.

He has always been very responsable in all faces of his life. I have always been so proud of him, and always will be. His mother was killed soon after he joined the service and he stood up to the challange and watched out for his younger brother and has always taken the best of care of our Grandmother.

Our Grandmothe~~r~~ is very sick, and askes for him all the time as he is such a big part of her life, she is 86.

We also have an even older aunt that depended on him. I am so scared he will not get

to see them again.

Joey started working while still in High School and always helped his faimialy he has always been very responceable. No body has ever given Joey anything he has always earned it, then given to others.

I will not go on to tell you how he has never been in trouble as his school and military records will show you that. What they will not show is how he has always done the right thing and taken care of his faimialy even when he was not here to do it in person.

Thank You

Case 3:06-cr-00007-RRB   Document 25-3   Filed 05/22/2006   Page 3 of 9
MAY 22 2006 9:47AM   HP LASERJET 3200                    6776264                    P.3

To Whom it may concern,

I have know William Eaton since he was about 10 years old. I have never known him to get in to or be any trouble at all. I have always known him to be a very responsible boy that took very good care of his Grandmother and ageing aunts. Even after the tragic death of his mother he continued on the right path and tried to make something of his life, and he did very well.
We could all learn a lot about responsibility and goodness from Joey.

Sincerely,

Robert P Hanson

5/22 - cc: Beiswenger
USA
USP

Dear Sir,

I met Joseph Eaton at his Mothers funeral about 10 years ago, he had been in the service for about a year and struck me as a very nice young man.
Since then I have seen him at a few family dinners (Christmas and such) and my opinion of him has never changed. I know that he has went above and beyond to take care of his grandmother and any one else in the family that needed any thing, although he was so young.

Thank You

*Carrie L Lockmiller* (signature)
Carrie L Lockmiller

5/22 - CC - Beiswenger
USA
USP

May 16, 2006

Honorable Ralph R. Beistline
US Federal Bldg.
222 W. 7th Ave. #48
Anchorage, AK 99513

Dear Sir:

I am William Eaton's Aunt, he has always been a good kid and a very responsible young man. We were all proud when he joined the military and even prouder of all he accomplished while serving his country.

When he got in trouble it was unbelievable. He has never done anything wrong, even as a child.

His Grandmother, who lives with me, has Alzheimer's disease and asks for him everyday.

He has always been so kind and generous to her (she's 86) and also his Aunt Teen (she's 93) I'm afraid they will never see him again.

I know he has never done anything to hurt anyone and never will. We miss him.

Sincerly:
Janet Altman

Dear Honorable Ralph R. Beistline,

I'm writing in regards to William Joseph Eaton and pleading for leniency for my brother. I want to tell you what a good man and brother "Joey" is. We grew up together and Joey has always done the right thing. I have looked up to him for as long as I can remember, he has always been career and family oriented.

Thomas Eaton

- Please remember my letter when you are handing out your sentence to my brother

May 16, 2006

Honorable Ralph R. Beistlinde
US Federal Building
222 W 7 Avenue  # 48
Anchorage, Alaska  99513

Ref.  William Joseph Eaton

    Joseph Eaton is my Step-Grandson. I have known him for many years. He has always lived a clean, pure life. He never used alcohol or narcotics and participated in any crimes.

    Because of the "model" life that he has lived in the past I find it difficult to believe any criminal charges could be brought against him. My son, Robert H, Stevens, Jr. , and I grieve about this and sincerely hope that he will be given a chance to return to his past "clean " life.

Sincerely,

*[signature]*
Robert H. Stevens, Sr.
3930 NE 180th Avenue
Williston, Florida 32696

Phone: (352) 528-0460

5/22 - cc - Bruswenger
         USA

May 16, 2006

Honorable Ralph R. Beistlinde
US Federal Building
222 W 7th Avenue # 48
Anchorage, Alaska 99513

Ref: William Joseph Eaton

    I am Joseph Eaton's Step-Grandmother. Everything I have heard about Joseph has been positive and good. He has kept in touch with his Step-Father all these years.
    We as his family will continue to love and support him. He needs a second chance to restore his former life and become a good citizen again.

Sincerely,

*Mrs. Barbara Stevens*

Mrs. Barbara Stevens
3930 NE 180th Avenue
Williston, Florida 32696

Phone: (352) 528-0460

5/22-cc - Beiwenger
USA
USP

May 16, 2006

The Honorable Ralph R. Beistline
US Federal Building
222 W 7 Av #48
Anchorage AK  99513

Dear Sir:

A defendant will be appearing before you on or about May 30, and his name is William J. Eaton ("Joey" to us).  You have probably never met this young man, and don't know much about him, so I thought I would help you out by letting you know what I know about him.

The very first day I met the man who would become my husband was memorable in several ways.  Two things in particular stand out in my mind:  that Bobby was a sincere and honest man with rock-solid character, and that he was SO proud of his son Joey!!  It was many months before I ran into Bobby again, and when I did - these were the two things that I remembered!  During the time that we were getting to know each other better, he mentioned Joey very frequently, and how he was such a great kid, and how PROUD he was of him.

I have not met Joey yet, but I am looking forward TO meeting him.  We write him every day, and we exchange letters almost every day.  I have been impressed with the fact that Joey IS indeed "a good kid".  The mistake that he made was a careless and tragic one, but it was simply that:  a mistake.

I am sure, due to the seriousness of the subject matter, that a VERY THOROUGH investigation was done - of his background AND his current life.  I am CONFIDENT that the findings of said investigations will show that Joey was NOT a "purveyor" of such things, but that the crime was an isolated incident.  Mere curiosity, combined with neglecting to keep one's guard up, can kill the cat, indeed.

Since his incarceration, Joey has taken a good, hard look at his life and his purpose IN his life.  He has realized that someteimes God has to use "big hammers" to get our attention when we perhaps don't notice the "tap on the shoulder" that always precedes it.  People are like diamonds in the rough, and some of us need "bigger pieces" knocked off by the Master Jeweler in order to make the finished product the best that it could be.  Joey is determined to be the best HE can be, and we will be cheering him on all the way!

We intend to be "here" for Joey not only through this ordeal, but long after it's over.  We have already prepared a place for him here with us, a loving home from which he can recover, live, and work.

We pray for Joey every day, and since we have learned your name, we have been praying for YOU too - that whatever decision you make on his behalf will be the right one.

Thank you for your time and your kind consideration of "the unseen side" of William J. Eaton.  When facing tough decisions of my own, I try to maintain the correct perspective.  May God grant you just that!

Respectfully yours,

Marion (Jodi) Stevens
5122 - CC - Beuswenger