NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>WILLIAM JOSEPH EATON,<br><br>            Defendant. | Case No. 3:06-cr-007-RRB<br><br>**MOTION FOR FINAL**<br>**DECREE OF FORFEITURE** |

     Plaintiff United States of America, by and through counsel, hereby moves this Court

for a Final Decree of Forfeiture in the above-styled case. This motion is supported by the

attached Declaration of Counsel.

DATED this 11th day of September, 2006 in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing MOTION FOR FINAL DECREE OF FORFEITURE, DECLARATION OF COUNSEL, and proposed FINAL DECREE OF FORFEITURE were sent electronically this 11th day of September, 2006, to:

**ALLAN BEISWINGER** (for defendant William Joseph Eaton)

s/James Barkeley