NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 3:06-cr-007-RRB |
| ) | |
| Plaintiff,    ) | **DECLARATION OF COUNSEL** |
| ) | **IN SUPPORT OF MOTION** |
| vs.    ) | **FOR FINAL DECREE OF** |
| ) | **FORFEITURE** |
| WILLIAM JOSEPH EATON,        ) | |
| ) | |
| Defendant.    ) | |
| ) | |

I, JAMES BARKELEY, am an Assistant United States Attorney and represent the plaintiff in this action.

1. On March 20, 2006, defendant WILLIAM JOSEPH EATON entered into a Plea Agreement by which he pled guilty to Counts 1 through 4 of the Indictment (including Criminal Forfeiture Count 4). On March 20, 2006, the Honorable Ralph R. Beistline entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United

States the defendant's interest in ONE ANTEC MIDTOWER SILVER-CASED COMPUTER LABELED WITH WINDOWS XP PRODUCT KEY: HC3VC-28YDG-RRBRX-4BJJJ-DCDJG, described in Count 4 of the Indictment.

2.   Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3.   The United States Immigration and Customs Enforcement published notification of the Court's March 20, 2006 Preliminary Order of Forfeiture in the Alaska Journal of Commerce, a newspaper of general circulation, on July 23, July 30, and August 6, 2006. Said published notice advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in said property.

4.   No petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described property have been filed by any person or entity within the time allowed by law.

5.   Declarant knows of no reason why a Final Decree of Forfeiture should not now be issued declaring said property be forfeited as to all persons. Full right, title and interest in the above-described property shall be and hereby is vested in the United States.

Further, the United States Immigration and Customs Enforcement and its property manager and/or its contractor should be directed to dispose of said property and pay any and

all costs according to law.

      I declare under penalty of perjury that the foregoing is true and correct.

      EXECUTED this 11th day of September, 2006 in Anchorage, Alaska.

                                                s/James Barkeley  
                                                JAMES BARKELEY  
                                                Assistant U.S. Attorney  
                                                Federal Building & U.S. Courthouse  
                                                222 W. 7th Avenue, #9, Room 253  
                                                Anchorage, AK 99513-7567  
                                                Phone: (907) 271-3699  
                                                Fax: (907) 271-1500  
                                                Email: jim.barkeley@usdoj.gov  
                                                Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy
of the foregoing was sent electronically this 11th day of September, 2006, to:

      **ALLAN BEISWINGER** (for defendant William Joseph Eaton)

s/James Barkeley