IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-007-RRB |
| | ) | |
| Plaintiff, | ) | **FINAL DECREE OF** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| WILLIAM JOSEPH EATON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 20, 2006, defendant WIILIAM JOSEPH EATON entered into a Plea Agreement by which he pled guilty to Counts 1 through 4 of the Indictment in this case (including Criminal Forfeiture Count 4). Upon the Court's acceptance of the defendant's guilty pleas, the Court found that the defendant's interest, if any, in ONE ANTEC MIDTOWER SILVER-CASED COMPUTER LABELED WITH WINDOWS XP PRODUCT KEY: HC3VC-28YDG-RRBRX-4BJJJ-DCDJG, described in Count 4, is property, real or personal, used or intended to be used to commit or to promote the commission of such offenses under 18 U.S.C. § 2422(b), to which the defendant has pled guilty and been convicted, thereby rendering said property subject to forfeiture under 18 U.S.C. § 2253(a)(3).

AND WHEREAS, on March 20, 2006, this Court entered a Preliminary Order of Forfeiture forfeiting all of the right, title and interest of defendant WILLIAM JOSEPH EATON in the property described in Count 4 of the Indictment, pursuant to 18 U.S.C. § 2253, and based upon the Plea Agreement entered in this case.

AND WHEREAS, on July 23, July 30, and August 6, 2006, the United States Immigration and Customs Enforcement published, in the Alaska Journal of Commerce, a newspaper of general circulation, notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the property.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited property have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest ONE ANTEC MIDTOWER SILVER-CASED COMPUTER LABELED WITH WINDOWS XP PRODUCT KEY: HC3VC-28YDG-RRBRX-4BJJJ-DCDJG, described in Count 4 of the Indictment, is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the United States Immigration and Customs Enforcement and its property manager and/or its contractor according to law.

2. That the United States Immigration and Customs Enforcement is directed to pay any and all costs associated with the described property and to dispose of it according to law.

3.  The Clerk is hereby directed to send a copy of this Order to the United States Immigration and Customs Enforcement, Department of Homeland Security, 605 W. 4th Avenue, Suite 210, Anchorage, Alaska 99501-3799.

SO ORDERED this 26 day of September, 2006.

|s|
_____
HON. RALPH R. BEISTLINE
United States District Court